## Jane Hamilton v. Charles H. Andrews.

68 393
72 596

1. RULES OF COURT—*Must be Obeyed.*—A judgment will be reversed for a failure of the defendant to file briefs as required by the rules of court.

**Scire Facias**, to revive a judgment. Error to the Circuit Court of Kankakee County; the Hon. CHARLES R. STARR, Judge, presiding. Heard in this court at the December term, 1896. Reversed and remanded. Opinion filed January 22, 1897.

STEPHEN R. MOORE, attorney for plaintiff in error.

No appearance for defendant in error.

PER CURIAM.

The defendant in error has failed to file briefs in this case as required by the rules of this court, within the time prescribed. The judgment of the Circuit Court is therefore reversed under rule No. 27 of this court, and cause remanded.